**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY JANE WEBER,
a/k/a Mary Niles-Weber,

    Plaintiff,

-vs-                                        Case No. 3:11-cv-1150-J-34JBT

ABSOLUTE COLLECTION SERVICE,
INCORPORATED,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 11; Report), entered on August 27, 2012. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Amended Motion for Default Judgment (Dkt. No. 10; Amended Motion) be granted, in part, and denied, in part, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff in the amount of $2,650.00. See Report at 8. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 11) of Magistrate Judge Toomey is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Amended Motion for Default Judgment (Dkt. No. 10) is **GRANTED, in part, and DENIED, in part**.

    a. The Amended Motion is **GRANTED** to the extent that Plaintiff is awarded damages in the amount of $2,650.00, consisting of $250.00 in statutory damages, $2,000.00 in attorney's fees, and $400.00 in costs.

    b. Otherwise, the Amended Motion is **DENIED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Mary Jane Weber and against Defendant Absolute Collection Service, Incorporated for the sum

of Two Thousand Six Hundred Fifty Dollars and No Cents ($2,650.00), terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of October, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record